**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| | |
|---|---|
| JORGE ARVIZU, individually and as successor-in-interest to KRYSTAL LEE ARVIZU aka KRSYTAL LEE CHURCH,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF FRESNO, a Municipal entity; FRANCIS HAMMON, an individual; ANTHONY ALVARADO, an individual; and DOES 1-5, inclusive,<br><br>Defendants. | Case No. 1:21-cv-00890-DAD-SKO<br>District Judge, Dale A. Drozd;<br>Magistrate Judge, Sheila K. Oberto<br><br>**ORDER RE PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>(Doc. 4) |

PURSUANT TO THE STIPULATION OF THE PARTIES (Doc. 4), and pursuant to the Court's inherent and statutory authority, including but not limited to the Court's authority under the applicable Federal Rules of Civil Procedure and the United States District Court, Eastern District of California Local Rules; after due consideration of all of the relevant pleadings, papers, and records in this action; and upon such other evidence or argument as was presented to the Court; Good Cause appearing therefor, and in furtherance of the interests of justice,

**IT IS HEREBY ORDERED** that:

1. Plaintiff shall have until August 2, 2021, to file his First Amended Complaint ("FAC") incorporating the amendment of Plaintiff's second cause of action for *Monell* liability – unconstitutional custom, policy, or practice and failure to train against Defendant City of Fresno;

2. That Defendant City of Fresno shall have 21 days after Plaintiff's service of the FAC within which to file a responsive pleading.

IT IS SO ORDERED.

Dated:   **July 20, 2021**              /s/ *Sheila K. Oberto*
                                                  UNITED STATES MAGISTRATE JUDGE