# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| JORGE ARVIZU, individually and as successor-in-interest to KRYSTAL LEE ARVIZU aka KRYSTAL LEE CHURCH<br><br>Plaintiff,<br><br>v.<br><br>CITY OF FRESNO, a Municipal entity; FRANCIS HAMMON, an individual; ANTHONY ALVARADO, an individual; and DOES 1-5, inclusive,<br><br>Defendants. | Case No. 1:21-cv-00890-ADA-SKO<br>*[Assigned to the Hon. Ana de Alba, District Judge; Hon. Sheila K. Oberto, Magistrate Judge]*<br><br>**ORDER RE STIPULATION RE MODIFICATION OF COURT'S SCHEDULING ORDER**<br><br>(**Doc. 23**)<br><br>FAC Filed:       August 2, 2021<br>Trial Date:      TBD |

Pursuant to the stipulation between the parties requesting modification of the operative Scheduling Order deadlines (Doc. 23), and for good cause shown, the deadlines in this case (*see* Doc. 22) are hereby modified as follows:

4866-6924-9360.1

**ORDER RE STIPULATION RE MODIFICATION OF COURT'S SCHEDULING ORDER DEADLINES**

| EVENT | CURRENT DEADLINE | REQUESTED DEADLINE |
|---|---|---|
| Non-Expert Discovery | March 17, 2023 | June 16, 2023 |
| Expert Disclosures | March 31, 2023 | June 30, 2023 |
| Rebuttal Expert Disclosures | May 2, 2023 | August 18, 2023 |
| Expert Discovery Cut-Off | May 31, 2023 | September 18, 2023 |
| Dispositive Motion Filing | August 8, 2023 | November 10, 2023 |
| Non-Dispositive Pre-Trial Motions Filing | October 17, 2023 | January 16, 2023 |
| Hearing on Non-Dispositive Pre-Trial Motions | November 22, 2023 | February 14, 2024 |
| Pre-Trial Conference | February 5, 2024 | April 15, 2024 |
| Trial | April 9, 2024 | June 11, 2024 |

Furthermore, the Court modifies the deadline by which the parties are to propose settlement conference dates. By March 13, 2024, or 90 days before trial, whichever is later, the parties shall jointly email Courtroom Deputy Wendy Kusamura at WKusamura@caed.uscourts.gov to schedule a settlement conference. An "Order re Settlement Conference" will be issued prior to the settlement conference setting forth the requirements for the settlement conference.

IT IS SO ORDERED.

Dated:   **February 13, 2023**            /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE