# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| JORGE ARVIZU, individually and as successor-in-interest to KRYSTAL LEE ARVIZU aka KRYSTAL LEE CHURCH<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF FRESNO, a Municipal entity; FRANCIS HAMMON, an individual; ANTHONY ALVARADO, an individual; and DOES 1-5, inclusive,<br><br>    Defendants. | Case No. 1:21-cv-00890-ADA-SKO<br>*[Assigned to the Hon. Ana de Alba, District Judge; Hon. Sheila K. Oberto, Magistrate Judge]*<br><br>**ORDER RE STIPULATION RE MODIFICATION OF COURT'S SCHEDULING ORDER**<br><br>**(Doc. 26)**<br><br>FAC Filed:    August 2, 2021<br>Trial Date:    August 6, 2024 |

For good cause shown, the stipulation between the parties seeking modification of the Court's Scheduling Order (Doc. 26) is hereby APPROVED. Furthermore, the Court continues the two expert disclosure dates so they do not predate the deposition of the person(s) most knowledgeable. Accordingly, the operative case schedule (Doc. 24) is modified as follows:

1. The parties may depose the person(s) most knowledgeable on or before August 31, 2023;
2. The deadline for expert disclosures is continued to September 5, 2023; and

4866-6924-9360.1

**ORDER RE STIPULATION RE MODIFICATION OF COURT'S SCHEDULING ORDER DEADLINES**

3. The deadline for rebuttal expert disclosures is continued to September 11, 2023.

The remaining deadlines set forth in the operative Scheduling Order (Doc. 24) remain SET.

IT IS SO ORDERED.

Dated: **June 14, 2023**                    /s/ *Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE

4866-6924-9360.1

2

**ORDER RE STIPULATION RE MODIFICATION OF COURT'S SCHEDULING ORDER DEADLINES**