1
2
3
4
5
6
7
8
9
10

11

**UNITED STATES DISTRICT COURT**

12

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

13

14   JORGE ARVIZU, individually and as
     successor-in-interest to KRYSTAL LEE
15   ARVIZU aka KRYSTAL LEE
     CHURCH
16                          Plaintiff,

17   v.

18   CITY OF FRESNO, a Municipal entity;
     FRANCIS HAMMON, an individual;
19   ANTHONY ALVARADO, an
     individual; and DOES 1-5, inclusive,

20                          Defendants.

21

22
23
24
25
26
27
28

Case No. 1:21-cv-00890-ADA-SKO
*[Assigned to the Hon. Ana de Alba,
District Judge; Hon. Sheila K. Oberto,
Magistrate Judge]*

**ORDER RE STIPULATION RE
MODIFICATION OF COURT'S
SCHEDULING ORDER**

**(Doc. 28)**

Filed Date:         06/04/21
Trial Date:         06/11/24

4866-6924-9360.1

**ORDER RE STIPULATION RE MODIFICATION OF COURT'S SCHEDULING ORDER DEADLINES**

For good cause shown, the stipulation between the parties seeking modification of the Court's Scheduling Order (Doc. 27) is hereby APPROVED.  Accordingly, the operative case schedule (Doc. 24) is modified as follows:

| EVENT | CURRENT DEADLINE | REQUESTED DEADLINE |
|---|---|---|
| Expert Disclosures | September 5, 2023 | September 26, 2023 |
| Rebuttal Expert Disclosures | September 11, 2023 | October 9, 2023 |
| Expert Discovery Cut-Off | September 18, 2023 | October 30, 2023 |

The Court notes that the operative case schedule lists January 16, 2023, as the deadline for filing non-dispositive motions.  (*See* Doc. 24 at 2.)  As this appears to be a scrivener's error, the Court modifies the deadline for the filing of non-dispositive motions to January 16, 2024.  The remaining deadlines set forth in the Scheduling Order (Doc. 24) remain SET.

IT IS SO ORDERED.

Dated:   **September 1, 2023**                         /s/ *Sheila K. Oberto*
                                                 UNITED STATES MAGISTRATE JUDGE

4866-6924-9360.1

2

**ORDER RE STIPULATION RE MODIFICATION OF COURT'S SCHEDULING ORDER DEADLINES**