# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| JORGE ARVIZU, individually and as successor-in-interest to KRYSTAL LEE ARVIZU aka KRYSTAL LEE CHURCH<br>　　　　Plaintiff,<br>v.<br>CITY OF FRESNO, a Municipal entity; FRANCIS HAMMON, an individual; ANTHONY ALVARADO, an individual; and DOES 1-5, inclusive,<br>　　　　Defendants. | Case No. 1:21-cv-00890-ADA-SKO<br>*[Assigned to the Hon. Ana de Alba, District Judge; Hon. Sheila K. Oberto, Magistrate Judge]*<br><br>**ORDER RE STIPULATION RE MODIFICATION OF COURT'S SCHEDULING ORDER**<br><br>**(Doc. 30)**<br><br>Filed Date:　　　06/04/21<br>Trial Date:　　　06/11/24 |

4866-6924-9360.1

**ORDER RE STIPULATION RE MODIFICATION OF COURT'S SCHEDULING ORDER DEADLINES**

For good cause shown, the stipulation between the parties seeking modification of the Court's Scheduling Order (Doc. 30) is hereby APPROVED. Accordingly, the operative case schedule (Doc. 24) is modified as follows:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Dispositive Motion Filing | November 10, 2023 | January 12, 2024 |
| Non-Dispositive Pre-Trial Motions Filing | January 16, 2024 | April 16, 2024 |
| Hearing on Non-Dispositive Pre-Trial Motions | February 14, 2024 | May 21, 2024 |
| Pre-Trial Conference | April 15, 2024 | August 12, 2024 |
| Trial | June 11, 2024 | October 29, 2024 |

The Court notes the parties requested May 14, 2024, for the hearing on non-dispositive pre-trial motions and October 28, 2024, as the trial date. However, these dates have been modified and set in accordance with District Judge Ana de Alba's schedule.

IT IS SO ORDERED.

Dated:   **October 17, 2023**          /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE