# UNITED STATES DISTRICT COURT
for the
Eastern District of California

JORGE ARVIZU, individually and as successor-in-interest to KRYSTAL LEE ARVIZU )
)
v. )  Case No.: 1:21-cv-00890-KES-SKO
FRANCIS HAMMON, and ANTHONY ALVARADO )
)

## BILL OF COSTS

Judgment having been entered in the above entitled action on  08/12/2024  against  plaintiff ,
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk | $ 0.00 |
| Fees for service of summons and subpoena | 1,788.10 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case | 12,199.35 |
| Fees and disbursements for printing | 0.00 |
| Fees for witnesses *(itemize on page two)* | 160.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. | |
| Docket fees under 28 U.S.C. 1923 | 0.00 |
| Costs as shown on Mandate of Court of Appeals | 0.00 |
| Compensation of court-appointed experts | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | 0.00 |
| Other costs *(please itemize)* | 0.00 |
| TOTAL | $ 14,147.45 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Affidavit

I declare under penalty of perjury that the foregoing costs are allowable by law, are correctly stated, were necessarily incurred and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

✔ Electronic service          ☐ First class mail, postage prepaid

☐ Other: _____

s/ Attorney: _____

Name of Attorney: Maya Rodriguez Sorensen

For: Francis Hammon and Anthony Alvarado          Date: 08/26/2024
*Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____        By: _____
*Clerk of Court*                  *Deputy Clerk*              *Date*

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Celia Church, Fresno, California | 1 | 40.00 | | | | | $40.00 |
| Jorge Arvizu, Fresno, California | 1 | 40.00 | | | | | $40.00 |
| Imron Ramos, Fresno, California | 1 | 40.00 | | | | | $40.00 |
| Leticia Funderbunk, Fresno, California | 1 | 40.00 | | | | | $40.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $160.00 |

**NOTICE**

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule 5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

Mildred K. O'Linn (State Bar No. 159055)
 *mildred.olinn@manningkass.com*
Lynn Carpenter (State Bar No. 310011)
 *lynn.carpenter@manningkass.com*
Maya Sorensen (State Bar No. 250722)
 *Maya.Sorensen@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, FRANCIS HAMMON, an individual; ANTHONY ALVARADO, an individual

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JORGE ARVIZU, individually and as successor-in-interest to KRYSTAL LEE ARVIZU aka KRSYTAL LEE CHURCH,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF FRESNO, a Municipal entity; FRANCIS HAMMON, an individual; ANTHONY ALVARADO, an individual; and DOES 1-5, inclusive,<br><br>Defendants. | Case No. 1:21-cv-00890-KES-SKO<br>District Court Judge Kirk E. Sherriff<br>Magistrate Judge, Sheila K. Oberto<br><br>**DECLARATION OF MAYA SORENSEN IN SUPPORT OF BILL OF COSTS AND ITEMIZATION OF COSTS AGAINST PLAINTIFF** |

**DECLARATION OF MAYA SORENSEN**

I, Maya Sorensen, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am an attorney with Manning & Kass, Ellrod, Ramirez, Trester LLP, attorneys of record for Defendants FRANCIS HAMMON and ANTHONY ALVARADO ("Defendants"). I

have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify thereto.

    2.    Attached hereto as EXHIBIT A are true and correct copies of invoices for transcripts necessarily obtained for use in this case and fees for service of summons and subpoenas, itemized as follows:

| Payee | Invoice Date | Description of Invoice | Cost |
|---|---|---|---|
| First Legal Depositions | 9/12/2023 | Transcript of Joe Alvarez 30(b)(6) | $1,172.50 |
| Fresno Deposition Reporters | 12/4/2023 | Deposition of Captain Mark Osuna | $2,002.95 |
| Huseby Global Litigation | 11/23/2022 | Deposition Transcript Jorge Arvizu and Rosie Torres | $3069.55 |
| Nationwide Legal Services, LLC | 12/22/2022 | Service Of Process Tina Flores | $222.00 |
| Nationwide Legal Services, LLC | 12/22/22 | Service Of Process John Flores | $222.00 |
| Nationwide Legal Services, LLC | 12/22/22 | Service Of Process on Rosio Torres, | $437.00 |
| Nationwide Legal Services, LLC | 12/22/22 | Service Of Process Donna Ambaugh | $222.00 |
| Nationwide Legal Services, LLC | 1/5/2023 | Service Of Process Celia Church | $222.00 |

| Nationwide Legal Services, LLC | 1/5/2023 | Celia Church Witness Fee | $40 |
|---|---|---|---|
| Nationwide Legal Services, LLC | 1/5/2023 | Jorge Arvizu Service of Process and witness fee | Service of Process: $136.10 Witness fee: $40 |
| Nationwide Legal Services, LLC | 1/31/2023 | Imron Ramos Deputy Coroner Service of process and witness fee | $146.00 |
| Nationwide Legal Services, LLC | 1/31/2023 | Leticia Funderbunk Coroner Service of process and witness fee | $261.00 |
| Huseby Global Litigation | 2/6/2023 | Deposition Transcript of Deputy Coroner Imron Ramos | $1,864.85 |
| First Legal Deposition Services | 7/19/2023 | Deposition transcripts pertaining to Jose Deleon and Ryan Engum | $1,345.75 |
| First Legal Deposition Services | 7/28/2023 | Deposition transcripts pertaining to Anthony Alvarado | $1,509.50 |

3

**DECLARATION OF MAYA R. SORENSEN IN SUPPORT OF BILL OF COSTS AND ITEMIZATION OF COSTS AGAINST PLAINTIFFS**

| | | and Francis Hammon | |
|---|---|---|---|
| First Legal Deposition Services | 11/14/2023 | Deposition Transcript of Dr. Kris Mohandie | $1,234.25 |

3. **TOTAL** = $14,147.45

4. Statutory witness fees in the amount of $40.00 per witness were paid to witnesses Celia Church and Jorge Arvizu. Statutory witness fees in the amount of $40.00 per witness were paid to witnesses Imron Ramos and Leticia Funderbunk and are included in the total above.

5. I have reviewed the costs that are currently being sought on behalf of Defendants and find that they were necessarily incurred for the defense of the above case, and are reasonable.

6. The attached exhibit copies of invoices are true and correct copies of those that were presented to and through this office in connection with the defense of the above-entitled case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 26th day of August, 2024, at San Francisco, California.

/s/ Maya R. Sorensen
Maya R. Sorensen

# EXHIBIT A

# I N V O I C E

1 of 1



Huseby.com
Corporate Headquarters
1230 West Morehead St, Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 756345 | 10/28/2022 | 417075 |
| **Job Date** | **Case No.** | |
| 9/21/2022 | 1:21-cv-00890-DAD-SKO | |
| **Case Name** | | |
| Jorge Arvizu vs. City of Fresno, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Lynn Carpenter, Esq.
Manning & Kass, Ellrod, Ramirez, Trester, LLP
801 S. Figueroa Street
15th Floor
Los Angeles, CA 90017

ORIGINAL TRANSCRIPT OF:
    Jorge Arvizu     1,929.95
ORIGINAL TRANSCRIPT OF:
    Rosie Torres     1,139.60

**TOTAL DUE   >>>   $3,069.55**

Location of Job  : Web Conference All Parties Joining Remotely
                Sacramento, CA 95814

Thank you for choosing Huseby!

If you would like to pay your invoice(s) securely online by credit card, please visit www.huseby.com.  Click the "Make a Payment" button located at the top of the page. If you prefer to complete the attached credit card form, please scan and email the completed form to: AR@huseby.com. Please DO NOT MAIL the credit card information to the P O Box 6180, Hermitage, PA 16148.

Schedule with us anywhere nationally today!  To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

---

**Tax ID:** 31-1763752

*Please detach bottom portion and return with payment.*

Lynn Carpenter, Esq.
Manning & Kass, Ellrod, Ramirez, Trester, LLP
801 S. Figueroa Street
15th Floor
Los Angeles, CA 90017

Job No.      : 417075         BU ID      : California
Case No.     : 1:21-cv-00890-DAD-SKO
Case Name    : Jorge Arvizu vs. City of Fresno, et al.

Invoice No.  : 756345         Invoice Date : 10/28/2022
**Total Due**    : **$3,069.55**

Remit To: **Huseby Global Litigation**
         **P.O. Box 6180**
         **Hermitage, PA 16148-0922**

| **PAYMENT WITH CREDIT CARD**  AMEX  MasterCard  VISA |
|---|
| Cardholder's Name: |
| Card Number: |
| Exp. Date:                    Phone#: |
| Billing Address: |
| Zip:            Card Security Code: |
| Amount to Charge: |
| Cardholder's Signature: |
| Email: |

# NATIONWIDE LEGAL

**INVOICE**

PHONE (213) 249-9999

| Invoice No. | Customer No. |
|---|---|
| 00000047954 | LA240 |
| INVOICE DATE: | Total Due |
| 9/15/2022 | $ 42,461.51 |

PLEASE MAKE REMITTANCE TO:

MANNING & KASS, ELLROD,ET.AL.
801 S Figueroa St 15 th Floor
Los Angeles, CA 90017
T (213) 430-2667 F (213) 624-6999

Nationwide Legal, LLC
1609 James M Wood Blvd
Los Angeles, CA 90015
TAX ID # 20-8284527

| Customer No. | Invoice No. | Period Ending | Amount Due | Page |
|---|---|---|---|---|
| LA240 | 00000047954 | 9/15/2022 | $ 42,461.51 | 179 |

| Date / Order No | Service Detail | | Charges | Units | Total |
|---|---|---|---|---|---|
| 8/24/2022 LA305121 033 - SPECIAL PROCESS (IMME | MANNING & KASS, ELLROD - LA 801 S Figueroa St 15 th Floor Los Angeles, CA 90017 Caller: Cassandra Escobar Case Title: Jorge Arvizu vs. City of Fresn Docs: SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION; NOTICE OF DEPOSITION OF TINA FLORES Attorney Name: | TINA FLORES 1514 B St Fresno, CA 937061918 Case Number: 1:21-cv-00890-DAD-SKO Client/Matter: 2254-58493 Description: ADVANCE $40.00 Please see the depo notices and subpoenas attached and serve, thank you! | All Other Counties in California-Base : PDF / Page Count / Affiliate : Total: | | $ 215.00 $ 7.00 $ 222.00 |
| 8/24/2022 LA305124 033 - SPECIAL PROCESS (IMME | MANNING & KASS, ELLROD - LA 801 S Figueroa St 15 th Floor Los Angeles, CA 90017 Caller: Cassandra Escobar Case Title: Jorge Arvizu vs. City of Fresn Docs: SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION; NOTICE OF DEPOSITION OF JOHN FLORES Attorney Name: | John Flores 1415 B St Fresno, CA 937061917 Case Number: 1:21-cv-00890-DAD-SKO Client/Matter: 2254-58493 Description: Advance $40.00 Please see the depo notices and subpoenas attached and serve, thank you! | All Other Counties in California-Base : PDF / Page Count / Affiliate : Total: | | $ 215.00 $ 7.00 $ 222.00 |

**INVOICE PAYMENT DUE UPON RECEIPT**

# NATIONWIDE LEGAL

**INVOICE**

PHONE (213) 249-9999

| Invoice No. | Customer No. |
|---|---|
| 00000047954 | LA240 |
| INVOICE DATE: | Total Due |
| 9/15/2022 | $ 42,461.51 |

PLEASE MAKE REMITTANCE TO:

MANNING & KASS, ELLROD,ET.AL.
801 S Figueroa St 15 th Floor
Los Angeles, CA 90017
T (213) 430-2667 F (213) 624-6999

Nationwide Legal, LLC
1609 James M Wood Blvd
Los Angeles, CA 90015
TAX ID # 20-8284527

| Customer No. | Invoice No. | Period Ending | Amount Due | Page |
|---|---|---|---|---|
| LA240 | 00000047954 | 9/15/2022 | $ 42,461.51 | 46 |

| Date / Order No | Service Detail | | Charges | Units | Total |
|---|---|---|---|---|---|
| 8/22/2022 LA304259 033 - SPECIAL PROCESS (IMME | MANNING & KASS, ELLROD - LA 801 S Figueroa St 15 th Floor Los Angeles, CA 90017 Caller: Cassandra Escobar Case Title: Jorge Arvizu vs. City of Fresn Docs: SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION; NOTICE OF DEPOSITION OF DONNA AMBAU Attorney Name: | Donna Ambaugh 7530 Jersey Ave Hanford, CA 932309558 Case Number: 1:21-cv-00890-DAD-SKO Client/Matter: 02254-058496 Description: Please serve accordingly, advance fees $40.00 | All Other Counties in California-Base : PDF / Page Count / Affiliate : Total: | | $ 215.00 $ 7.00 $ 222.00 |
| 8/22/2022 LA304261 033 - SPECIAL PROCESS (IMME | MANNING & KASS, ELLROD - LA 801 S Figueroa St 15 th Floor Los Angeles, CA 90017 Caller: Cassandra Escobar Case Title: Jorge Arvizu vs. City of Fresn Docs: SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION; NOTICE OF DEPOSITION OF ROSIO TORRE Attorney Name: | ROSIO TORRES 36372 Ruth Ave Madera, CA 936368515 Case Number: 1:21-cv-00890-DAD-SKO Client/Matter: 02254-058496 Description: Please serve accordingly, advance fees $40.00 | All Other Counties in California-Base : Additional Attempts : PDF / Page Count / Affiliate : Total: | | $ 215.00 $ 215.00 $ 7.00 $ 437.00 |

**INVOICE PAYMENT DUE UPON RECEIPT**

# NATIONWIDE LEGAL

**INVOICE**

PHONE (213) 249-9999

| Invoice No. | Customer No. |
|---|---|
| 00000047693 | LA240 |
| INVOICE DATE: | Total Due |
| 8/31/2022 | $ 53,935.93 |

PLEASE MAKE REMITTANCE TO:

MANNING & KASS, ELLROD,ET.AL.
801 S Figueroa St 15 th Floor
Los Angeles, CA 90017
T (213) 430-2667 F (213) 624-6999

Nationwide Legal, LLC
1609 James M Wood Blvd
Los Angeles, CA 90015
TAX ID # 20-8284527

| Customer No. | Invoice No. | Period Ending | Amount Due | Page |
|---|---|---|---|---|
| LA240 | 00000047693 | 8/31/2022 | $ 53,935.93 | 37 |

| Date / Order No | Service Detail | | Charges | Units | Total |
|---|---|---|---|---|---|
| 8/22/2022 LA304224 033 - SPECIAL PROCESS (IMME | MANNING & KASS, ELLROD - LA 801 S Figueroa St 15 th Floor Los Angeles, CA 90017 Caller: Cassandra Escobar Case Title: JORGE ARVIZU, individually and Docs: SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION; NOTICE OF DEPOSITION OF PLAINTIFF J Attorney Name: | Jorge Arvizu 3278 Wilshire Blvd Apt 106 Los Angeles, CA 900101433 Case Number: 1:21-cv-00890-DAD-SKO Client/Matter: 02254-058496 Description: please serve accordinly, advance fees  $40.00 AND SERVE on his atttorney | Base Charge : PDF Page Count (Up to 200 pgs) : Witness Fees : Total: | | $ 132.25 $ 3.85 $ 40.00 $ 176.10 |
| 8/22/2022 LA304228 033 - SPECIAL PROCESS (IMME | MANNING & KASS, ELLROD - LA 801 S Figueroa St 15 th Floor Los Angeles, CA 90017 Caller: Cassandra Escobar Case Title: JORGE ARVIZU vs. CITY OF FRESN Docs: SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION; NOTICE OF DEPOSITION OF CELIA CHURC Attorney Name: | CELIA CHURCH 1019 N Peach Ave Apt 171 Fresno, CA 937272470 Case Number: 1:21-cv-00890-DAD-SKO Client/Matter: 02254-058496 Description: Please serve accordinly, advance fees   $40.00 | All Other Counties in California-Base : Fees Advanced : PDF / Page Count / Affiliate : Total: | | $ 215.00 $ 40.00 $ 7.00 $ 262.00 |

**INVOICE PAYMENT DUE UPON RECEIPT**

# NATIONWIDE LEGAL

# INVOICE

**PHONE (213) 249-9999**

| Invoice No. | Customer No. |
|---|---|
| 00000049572 | LA240 |
| INVOICE DATE: | Total Due |
| 10/31/2022 | $ 42,378.33 |

PLEASE MAKE REMITTANCE TO:

MANNING & KASS, ELLROD,ET.AL.  
801 S Figueroa St 15 th Floor  
Los Angeles, CA 90017  
T (213) 430-2667 F (213) 624-6999

Nationwide Legal, LLC  
1609 James M Wood Blvd  
Los Angeles, CA 90015  
TAX ID # 20-8284527

| Customer No. | Invoice No. | Period Ending | Amount Due | Page |
|---|---|---|---|---|
| LA240 | 00000049572 | 10/31/2022 | $ 42,378.33 | 51 |

| Date / Order No | Service Detail | | Charges / Units | Total |
|---|---|---|---|---|
| 10/21/2022<br>LA324207<br>035 - RELATED SERVICE OF PRO | MANNING & KASS, ELLROD - LA<br>801 S Figueroa St 15 th Floor<br>Los Angeles, CA 90017<br>Caller: Cassandra Escobar<br>Case Title: JORGE ARVIZU vs. CITY OF FRESN<br>Docs: SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION; NOTICE OF DEPOSITION OF IMRON RAMO<br>Attorney Name: | Imron Ramos - Sheriff-Coroner Officer<br>3333 E AMERICAN AVE<br>FRESNO, CA 93725<br>Case Number: 1:21-cv-00890-DAD-SKO<br>Client/Matter: 02254-058496<br>Description: Personal Serve Only<br>ADVANCE FEES $275.00 | Related Entities (Statewide) :<br>Fees Advanced :<br>PDF / Page Count /<br>Affiliate :<br>Total: | $ 100.00<br>$ 275.00<br><br>$ 6.00<br>$ 381.00 |
| 10/21/2022<br>LA324208<br>033 - SPECIAL PROCESS (IMME | MANNING & KASS, ELLROD - LA<br>801 S Figueroa St 15 th Floor<br>Los Angeles, CA 90017<br>Caller: Cassandra Escobar<br>Case Title: Phil Sampson vs. City of Fresn<br>Docs: SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION; NOTICE OF DEPOSITION OF LETICIA FUN<br>Attorney Name: | Leticia Funderbunk - Sheriff-Coroner Officer<br>3333 E AMERICAN AVENUE<br>FRESNO, CA 93725<br>Case Number: 1:20-CV-00322-DAD-SAB<br>Client/Matter: 02254-058496<br>Description: Personal Serve Only<br>ADVANCE FEES $275.00 | All Other Counties in California-Base :<br>Fees Advanced :<br>PDF / Page Count /<br>Affiliate :<br>Total: | $ 215.00<br>$ 275.00<br><br>$ 6.00<br>$ 496.00 |

# INVOICE PAYMENT DUE UPON RECEIPT



Huseby.com
Corporate Headquarters
1230 West Morehead St, Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

# I N V O I C E

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 767667 | 1/10/2023 | 424075 |
| **Job Date** | **Case No.** | |
| 12/14/2022 | 1:21-cv-00890-DAD-SKO | |
| **Case Name** | | |
| Jorge Arvizu vs. City of Fresno, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Deanna Rivard Esq.
Manning & Kass, Ellrod, Ramirez, Trester, LLP
801 S. Figueroa Street
15th Floor
Los Angeles, CA 90017

ORIGINAL TRANSCRIPT OF:
    Deputy Coroner Imron Ramos      1,864.85

**TOTAL DUE   >>>    $1,864.85**

Location of Job   : Web Conference All Parties Joining Remotely
                         Los Angeles, CA 90017

Thank you for choosing Huseby!

If you would like to pay your invoice(s) securely online by credit card, please visit www.huseby.com.  Click the "Make a Payment" button located at the top of the page. If you prefer to complete the attached credit card form, please scan and email the completed form to: AR@huseby.com. Please DO NOT MAIL the credit card information to the P O Box 6180, Hermitage, PA 16148.

Schedule with us anywhere nationally today!  To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

---

**Tax ID:** 31-1763752

*Please detach bottom portion and return with payment.*

Deanna Rivard Esq.
Manning & Kass, Ellrod, Ramirez, Trester, LLP
801 S. Figueroa Street
15th Floor
Los Angeles, CA 90017

Job No.         : 424075           BU ID        : California
Case No.       : 1:21-cv-00890-DAD-SKO
Case Name   : Jorge Arvizu vs. City of Fresno, et al.

Invoice No.   : 767667            Invoice Date : 1/10/2023
**Total Due**    : **$1,864.85**

Remit To: **Huseby Global Litigation**
          **P.O. Box 6180**
          **Hermitage, PA 16148-0922**

| **PAYMENT WITH CREDIT CARD**    AMEX MasterCard VISA |
|---|
| Cardholder's Name: |
| Card Number: |
| Exp. Date:                              Phone#: |
| Billing Address: |
| Zip:                  Card Security Code: |
| Amount to Charge: |
| Cardholder's Signature: |
| Email: |

**First Legal Depositions**
1517 Beverly Boulevard
Los Angeles, CA 90026
Phone: (855)-348-4997



Manning & Kass, Ellrod, Ramirez, Trester LLP - Los Angeles
Lynn Carpenter, Esq.
801 South Figueroa Street, 15th Floor
Los Angeles, CA 90017

## Invoice #96775

| Date | Terms |
|---|---|
| 07/13/2023 | CRH |

**PAST DUE**

| Job #86722 on 06/15/2023 at 9:30 AM PT |
|---|

**Case:** Jorge Arvizu v. City of Fresno, et al.
**Location:** Remote- Zoom
**Shipped On:**
**Shipped Via:** COD
**Delivery Type:** Normal
**Services:** Court Reporter; Remote- Link Only

| Description | Price | Amount |
|---|---:|---:|
| **Copy Transcript of Jose DeLeon** | | |
| Certified Copy - Electronic (82 Pages) | $ 3.75 | $ 307.50 |
| Exhibit(s) Electronic (74 Pages) | $ 1.25 | $ 92.50 |
| Litigation Package | $ 100.00 | $ 100.00 |
| Processing & Handling | $ 35.00 | $ 35.00 |
| Remote Surcharge (75pg Minimum) (75 Pages) | $ 0.75 | $ 56.25 |
| | | $ 591.25 |
| **Copy Transcript of Ryan Engum** | | |
| Certified Copy - Electronic (110 Pages) | $ 3.75 | $ 412.50 |
| Exhibit(s) Electronic (111 Pages) | $ 1.25 | $ 138.75 |
| Litigation Package | $ 100.00 | $ 100.00 |
| Processing & Handling | $ 35.00 | $ 35.00 |
| Remote Surcharge (75pg Minimum) (91 Pages) | $ 0.75 | $ 68.25 |
| | | $ 754.50 |

Amount Due: $ 1,345.75
Paid: $ 0.00

| Balance Due: | $ 1,345.75 |
|---|---|
| Payment Due: | 07/12/2023 |

We appreciate your business - Where the client comes first!
Billing questions?  Please call us at (855) 348-4997  or  email us at depoclientcare@firstlegal.com

Remit Payment To:   First Legal Deposition Services LLC
                    P.O. Box 841441
                    Dallas, TX  75284-1441

Tax ID: 46-3364757        First Legal Depositions        Phone: 855-348-4997

**First Legal Depositions**
1517 Beverly Boulevard
Los Angeles, CA 90026
Phone: (855)-348-4997



Manning & Kass, Ellrod, Ramirez, Trester LLP - Los Angeles
Lynn Carpenter, Esq.
801 South Figueroa Street, 15th Floor
Los Angeles, CA 90017

## Invoice #96749

| Date | Terms |
|---|---|
| 07/12/2023 | CRH |

**PAST DUE**

### Job #86721 on 06/14/2023 at 10:00 AM PT

**Case:** Jorge Arvizu v. City of Fresno, et al.
**Location:** Remote- Zoom
**Shipped On:**
**Shipped Via:** COD
**Delivery Type:** Normal
**Services:** Court Reporter; Remote Participant Testing; Remote- Full Service w/ Tech; Videography

| Description | Price | Amount |
|---|---|---|
| **Copy Transcript of Anthony Alvarado** | | |
| Certified Copy - Electronic (124 Pages) | $ 3.75 | $ 465.00 |
| Exhibit(s) Electronic (49 Pages) | $ 1.25 | $ 61.25 |
| Litigation Package | $ 100.00 | $ 100.00 |
| Processing & Handling | $ 35.00 | $ 35.00 |
| Transcript Surcharges - Video/Remote (103 Pages) | $ 1.50 | $ 154.50 |
| | | $ 815.75 |
| **Copy Transcript of Francis Hammon** | | |
| Certified Copy - Electronic (97 Pages) | $ 3.75 | $ 363.75 |
| Exhibit(s) Electronic (60 Pages) | $ 1.25 | $ 75.00 |
| Litigation Package | $ 100.00 | $ 100.00 |
| Processing & Handling | $ 35.00 | $ 35.00 |
| Transcript Surcharges - Video/Remote (80 Pages) | $ 1.50 | $ 120.00 |
| | | $ 693.75 |

Amount Due: $ 1,509.50
Paid: $ 0.00

| Balance Due: | $ 1,509.50 |
|---|---|
| Payment Due: | 07/12/2023 |

We appreciate your business - Where the client comes first!
Billing questions?  Please call us at (855) 348-4997   or   email us at depoclientcare@firstlegal.com

Remit Payment To:   First Legal Deposition Services LLC
                    P.O. Box 841441
                    Dallas, TX  75284-1441

Tax ID: 46-3364757        First Legal Depositions        Phone: 855-348-4997

**First Legal Depositions**
1517 Beverly Boulevard
Los Angeles, CA 90026
Phone: (855)-348-4997



Manning & Kass, Ellrod, Ramirez, Trester LLP - Los Angeles
Mildred K. O'Linn,, Esq.
801 South Figueroa Street, 15th Floor
Los Angeles, CA 90017

## Invoice #99296

| Date | Terms |
|---|---|
| 09/12/2023 | CRH |

**PAST DUE**

### Job #89725 on 08/29/2023 at 10:00 AM PT

**Case:** Jorge Arvizu v. City of Fresno, et al.
**Location:** Remote- Zoom
**Shipped On:**
**Shipped Via:** COD
**Delivery Type:** Normal
**Services:** Court Reporter; Remote- Full Service w/ Tech

| Description | Price | Amount |
|---|---|---|
| **Copy Transcript of Joe Alvarez 30(b)(6) City of Fresno (Confidential)** | | |
| Certified Copy - Electronic (18 Pages) | $ 3.75 | $ 67.50 |
| Litigation Package | $ 100.00 | $ 100.00 |
| Processing & Handling | $ 35.00 | $ 35.00 |
| Remote Surcharge (75pg Minimum) (15 Pages) | $ 0.75 | $ 11.25 |
|  |  | $ 213.75 |
| **Copy Transcript of Joe Alvarez 30(b)(6): City of Fresno** | | |
| Certified Copy - Electronic (139 Pages) | $ 3.75 | $ 521.25 |
| Exhibit(s) Electronic (65 Pages) | $ 1.25 | $ 81.25 |
| Litigation Package | $ 100.00 | $ 100.00 |
| Processing & Handling | $ 35.00 | $ 35.00 |
| Remote Surcharge (75pg Minimum) (115 Pages) | $ 0.75 | $ 86.25 |
| Shipping | $ 40.00 | $ 40.00 |
| Copy: Printing Fee | $ 95.00 | $ 95.00 |
|  |  | $ 958.75 |

Amount Due: $ 1,172.50
Paid: $ 0.00

| Balance Due: | $ 1,172.50 |
|---|---|
| Payment Due: | 09/12/2023 |

We appreciate your business - Where the client comes first!
Billing questions?  Please call us at (855) 348-4997  or  email us at depoclientcare@firstlegal.com

Remit Payment To:   First Legal Deposition Services LLC
                    P.O. Box 841441
                    Dallas, TX  75284-1441

Tax ID: 46-3364757        First Legal Depositions        Phone: 855-348-4997

**First Legal Depositions**
1517 Beverly Boulevard
Los Angeles, CA 90026
Phone: (855)-348-4997



Manning & Kass, Ellrod, Ramirez, Trester LLP - Los Angeles
Lynn Carpenter, Esq.
801 South Figueroa Street, 15th Floor
Los Angeles, CA 90017

## Invoice #100054

| Date | Terms |
|---|---|
| 10/02/2023 | Net 30 |

### Job #86721 on 06/14/2023 at 10:00 AM PT

**Case:** Jorge Arvizu v. City of Fresno, et al.
**Location:** Remote- Zoom

**Shipped On:** 08/08/2023
**Shipped Via:** COD
**Delivery Type:** Normal
**Services:** Court Reporter; Remote Participant Testing; Remote- Full Service w/ Tech; Videography

| Description | Price | Amount |
|---|---:|---:|
| **Copy Transcript of Anthony Alvarado** | | |
| Certified Copy - Electronic (124 Pages) | $ 3.75 | $ 465.00 |
| Exhibit(s) Electronic (49 Pages) | $ 1.25 | $ 61.25 |
| Litigation Package | $ 100.00 | $ 100.00 |
| Processing & Handling | $ 35.00 | $ 35.00 |
| Transcript Surcharges - Video/Remote (103 Pages) | $ 1.50 | $ 154.50 |
| | | $ 815.75 |
| **Copy Transcript of Francis Hammon** | | |
| Certified Copy - Electronic (97 Pages) | $ 3.75 | $ 363.75 |
| Exhibit(s) Electronic (60 Pages) | $ 1.25 | $ 75.00 |
| Litigation Package | $ 100.00 | $ 100.00 |
| Processing & Handling | $ 35.00 | $ 35.00 |
| Transcript Surcharges - Video/Remote (80 Pages) | $ 1.50 | $ 120.00 |
| | | $ 693.75 |

Amount Due: $ 1,509.50
Paid: $ 0.00

| Balance Due: | $ 1,509.50 |
|---|---|
| Payment Due: | 11/01/2023 |

We appreciate your business - Where the client comes first!
Billing questions?  Please call us at (855) 348-4997   or   email us at depoclientcare@firstlegal.com

**Remit Payment To:**   First Legal Deposition Services LLC
P.O. Box 841441
Dallas, TX  75284-1441

Tax ID: 46-3364757      First Legal Depositions       Phone: 855-348-4997

**First Legal Depositions**
1517 Beverly Boulevard
Los Angeles, CA 90026
Phone: (855)-348-4997



Manning & Kass, Ellrod, Ramirez, Trester LLP - Los Angeles
Mildred K. O'Linn,, Esq.
801 South Figueroa Street, 15th Floor
Los Angeles, CA 90017

## Invoice #101734

| Date | Terms |
|---|---|
| 11/10/2023 | CRH |

**PAST DUE**

| Job #92010 on 10/27/2023 at 10:00 AM PT |
|---|

**Case:** Jorge Arvizu v. City of Fresno, et al.
**Location:** Remote- Zoom
**Shipped On:**
**Shipped Via:** Email Only
**Delivery Type:** Normal
**Services:** Court Reporter; Remote- Full Service w/ Tech

| Description | Price | Amount |
|---|---:|---:|
| **Copy Transcript of Dr. Kris Mohandie** | | |
| Certified Copy - Electronic (149 Pages) | $ 3.75 | $ 558.75 |
| Exhibit(s) Electronic (361 Pages) | $ 1.25 | $ 451.25 |
| Litigation Package | $ 100.00 | $ 100.00 |
| Processing & Handling | $ 35.00 | $ 35.00 |
| Remote Surcharge (75pg Minimum) (119 Pages) | $ 0.75 | $ 89.25 |
| | | $ 1,234.25 |

| | |
|---:|---:|
| Amount Due: | $ 1,234.25 |
| Paid: | $ 0.00 |

| | |
|---|---:|
| **Balance Due:** | $ 1,234.25 |
| **Payment Due:** | 11/10/2023 |

We appreciate your business - Where the client comes first!
Billing questions?  Please call us at (855) 348-4997   or   email us at depoclientcare@firstlegal.com

**Remit Payment To:**   First Legal Deposition Services LLC
P.O. Box 841441
Dallas, TX  75284-1441

Tax ID: 46-3364757       First Legal Depositions       Phone: 855-348-4997

# I N V O I C E

1 of 1

Fresno Deposition Reporters
516 W Shaw Ave, Ste 111
Fresno, California 93704

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 18637 | 11/28/2023 | 5408 |
| Job Date | Case No. | |
| 10/30/2023 | 1:21-CV-00890-ADA-SKO | |
| Case Name | | |
| Arvizu v. City of Fresno | | |
| Payment Terms | | |
| Due upon receipt | | |

Maya R. Sorensen, Esq.
Manning & Kass, Ellrod, Ramirez, Trester LLP
801 S. Figueroa St., 15th Floor
Los Angeles, CA 90017

ORIGINAL EXPERT VIDEOTAPED TRANSCRIPT OF:

| Description | Qty | Unit | | Rate | Amount |
|---|---|---|---|---|---|
| Mark Osuna | 200.00 | Pages | @ | 8.000 | 1,600.00 |
| Reporter's Hourly Fee | 6.00 | Hours | @ | 35.000 | 210.00 |
| LITIGATION SUPPORT PACKAGE | 1.00 | | @ | 55.000 | 55.00 |
| **Includes: Condensed/Word Index PDF E-mailed | 1.00 | | @ | 0.000 | 0.00 |
| **Includes: Full-sized PDF Certified Copy E-mailed | 1.00 | | @ | 0.000 | 0.00 |
| Exhibits Scanned & Electronically Delivered | 79.00 | Pages | @ | 0.250 | 19.75 |
| Exhibit Tabs | 6.00 | | @ | 0.450 | 2.70 |
| Printing of Original Exhibits (Black & White) | 73.00 | Pages | @ | 0.500 | 36.50 |
| Printing of Original Exhibits (Color) | 6.00 | | @ | 1.500 | 9.00 |
| Video Conferencing/Telephonic Services | 1.00 | | @ | 50.000 | 50.00 |
| NO SHIPPING CHARGES FOR COPY - Digital File Only | 1.00 | | @ | 0.000 | 0.00 |
| Delivery of Original to Noticing Attorney (Handled Per Code) | 1.00 | | @ | 20.000 | 20.00 |

TOTAL DUE >>>   $2,002.95
AFTER 12/28/2023 PAY   $2,203.25

Location of Job   : Remote - Video Conference
FDR Phone:  (559) 573-8219

**Tax ID:** 87-2744726

*Please detach bottom portion and return with payment.*

Maya R. Sorensen, Esq.
Manning & Kass, Ellrod, Ramirez, Trester LLP
801 S. Figueroa St., 15th Floor
Los Angeles, CA 90017

Invoice No.   : 18637
Invoice Date  : 11/28/2023
**Total Due**    : **$2,002.95**
AFTER 12/28/2023 PAY  $2,203.25

Remit To:  **Fresno Deposition Reporters Inc.**
**516 West Shaw Avenue, Suite 111**
**Fresno, CA 93704**

Job No.     : 5408
BU ID       : FDR Inc.
Case No.    : 1:21-CV-00890-ADA-SKO
Case Name   : Arvizu v. City of Fresno